```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
KIRAN VUPPALA,                                                    :
                                                                  :
                               Plaintiff,                         :
                                                                  :       22-CV-9969 (JMF)
                 -v-                                              :
                                                                  :            ORDER
PENN 1 GARAGE LLC, et al.,                                        :
                                                                  :
                               Defendants.                        :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's June 26, 2023 Order, ECF No. 19, the parties were required to file a joint status letter by **June 29, 2023**. To date, the parties have not filed their joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 5, 2023, at noon**.

      SO ORDERED.

Dated: June 30, 2023
       New York, New York
                                                JESSE M. FURMAN
                                         United States District Judge