

733 Third Avenue
New York, New York 10017
212.867.6000
Fax 212.551.8484
www.rosenbergestis.com

Cori A. Rosen
212-551-8401
crosen@rosenbergestis.com

June 30, 2023

**VIA ECF**

The Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

      Re:    *Vuppala v Penn 1 Garage LLC et al*; Index No. 22-cv-09969 (JMF) (the "**Action**") Letter Motion Requesting for an Adjournment

Your Honor:

      This law firm represents defendants, Penn 1 Garage, LLC and Korpenn LLC (collectively, "**Defendants**") in the above-referenced Action. In accordance with Your Honor's Individual Practices Rule No. 2(E), I respectfully request that the upcoming pre-trial conference be adjourned by three (3) weeks, or from July 6 2023 to July 27, 2023. In accordance with Rule No. 2(E), I provide the following: (1) the original pre-trial conference was scheduled for July 6, 2023; (2) no prior requests for an adjournment of the pre-trial conference have been made; (3) *see* response to item 2; (4) this request is being made because my client has performed remediation to the premises in question to address the issues identified in the Complaint; the parties are optimistic that settlement may be reached during the three week adjournment, obviating the need for further judicial intervention; (5) counsel to plaintiff has provided consent to the request for an adjournment; and (6) the next scheduled appearance in this Action is on July 6, 2023, which is the appearance subject to this adjournment request. As such, the granting of this letter motion will not affect any other deadlines in the Action.

Application GRANTED. The pretrial conference scheduled for July 6, 2023, is hereby ADJOURNED to **August 10, 2023**, at 9:00 a.m. The Clerk of Court is directed to terminate ECF No. 21. SO ORDERED.

June 30, 2023

Respectfully Submitted,

Cori A. Rosen

Cc: All Counsel of Record (via ECF)

RE\73256\0388\5110528v1