# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

KIRAN VUPPALA,                                                                CASE NO: 1:22-cv-09969-JMF

      Plaintiff,

vs.

PENN 1 GARAGE LLC, a New York
limited liability company, d/b/a PENN
1 GARAGE, and KORPENN LLC, a
New York limited liability company,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

      COMES NOW Plaintiff, KIRAN VUPPALA, and Defendants, PENN 1 GARAGE LLC, a New York limited liability company, d/b/a PENN 1 GARAGE, and KORPENN LLC, a New York limited liability company, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in principle in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice, thereafter, as the settlement agreement is agreed upon and executed.

      Dated: This 31st day of July, 2023.

| | |
|---|---|
| By: _S/ B. Bradley Weitz_<br>   B. Bradley Weitz, Esq.<br>   The Weitz Law Firm, P.A.<br>   Bank of America Building<br>   18305 Biscayne Blvd., Suite 214<br>   Aventura, FL 33160<br>   Telephone: (305) 949-7777<br>   Facsimile: (305) 704-3877<br>   Email: bbw@weitzfirm.com<br>   Attorney for Plaintiff | By: _S/ Cori A. Rosen_<br>   Cori A. Rosen, Esq.<br>   Rosenberg & Estis, P.C.<br>   733 3rd Avenue<br>   New York, NY 10017<br>   Telephone: (212) 867-6000<br>   Facsimile: (212) 551-8484<br>   Email: crosen@rosenbergestis.com<br>   Attorney for Defendants |